**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01412-CV

**WHOA USA, INC., Appellant**

**V.**

**REGAN PROPERTIES, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04211-2011**

## ORDER

We **GRANT** appellee's November 8, 2013 unopposed motion for an extension of time to file a notice of cross-appeal. The notice of cross-appeal filed by appellee on November 8, 2013 is deemed timely filed for jurisdictional purposes.

/s/      ELIZABETH LANG-MIERS
            JUSTICE